will be notified of the assessed amount by Court Order.

PAYMENT AUTHORIZATION:

1.  Upon receipt of the Court's "Initial Partial Filing Fee Order" the offender obtains a Payment Authorization (ATC Authorization No. 2) from the law library. The offender completes, signs and dates the Authorization in the presence of the approved witnessing authority (Access to Courts Representative).

2.  The approved witnessing authority identifies the offender by ID card or records.

3.  Upon verification, the witnessing authority signs the Payment Authorization and the witnessing authority forwards the completed authorization to TDCJ Offender Trust Fund.

(Opinion February 3, 1997, 5 Cir., 1997, 105 F.3d 984)

Before POLITZ, Chief Judge, and KING, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A majority of judges in active service having determined, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc without argument. The clerk will specify a briefing schedule for the filing of supplemental briefs.

---

**UNITED STATES of America, Plaintiff–Appellant,**

v.

**Craig Michael COSCARELLI, also known as John Coscarelli, Defendant–Appellee.**

No. 96–20264.

United States Court of Appeals, Fifth Circuit.

April 2, 1997.

Jeffery Alan Babcock, Paula Camille Offenhauser, Assistant U.S. Attorney, Houston, TX, Richard A. Friedman, U.S. Department of Justice, Criminal Division, Appellate Section, Washington, DC, for Plaintiff–Appellant.

Ray Christopher Goldsmith, Houston, TX, for Defendant–Appellee.

---

**INTERAMERICAS INVESTMENTS, LTD. and Peter Ulrich, Petitioners,**

v.

**BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, Respondent.**

No. 96–60326.

United States Court of Appeals, Fifth Circuit.

April 16, 1997.

